UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LELAND FOSTER,

       Plaintiff,                    Case No. 2:19-cv-12661

v.

R.A.X.I. DEVELOPMENT          Hon. George Caram Steeh
CORPORATION, a Michigan
corporation for profit,

       Defendant.
_____/

## JUDGMENT

In accordance with the stipulated consent decree, entered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby granted in favor of Plaintiff.

                              DAVID J. WEAVER

                              CLERK OF THE COURT

                              By:   s/Brianna Sauve
                                            Deputy Clerk

Approved:

s/George Caram Steeh

United States District Judge

Dated: April 9, 2020